BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY CHOATE,<br><br>Defendant. | CASE NO.: 1:13-cr-00111-LJO-SKO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT TONY CHOATE** |

WHEREAS, the supplemental discovery in this case is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1 THEREFORE, Defendant TONY CHOATE, by and through his counsel of
2 record ("Defense Counsel"), and the United States of America, by and
3 through Assistant United States Attorney Christopher D. Baker, hereby
4 agree and stipulate as follows:
5     1. This Court may enter a protective order pursuant to Rule 16(d)
6 of the Federal Rules of Criminal Procedure, and its general supervisory
7 authority.
8     2. This Order pertains to all supplemental discovery provided to
9 or made available to Defense Counsel as part of discovery in this case,
10 specifically documents Bates Numbered "Choate 000185-000187" and
11 documents produced subsequent to the date of entry of this Order
12 (hereafter, collectively known as "the discovery").
13     3. By signing this Stipulation and Protective Order, Defense
14 Counsel agrees not to share any documents that contain Protected
15 Information with anyone other than Defense Counsel attorneys, designated
16 defense investigators, and support staff. Defense Counsel may permit
17 the Defendant to view unredacted documents in the presence of his
18 attorney, defense investigators, and support staff. The parties agree
19 that Defense Counsel, defense investigators, and support staff shall not
20 allow the Defendant to copy Protected Information contained in the
21 discovery. The parties agree that Defense Counsel, defense
22 investigators, and support staff may provide the Defendant with copies
23 of documents from which Protected Information has been redacted.
24     4. The discovery and information therein may be used only in
25 connection with the litigation of this case and for no other purpose.
26 The discovery is now and will forever remain the property of the United
27 States of America ("Government"). Defense Counsel will return the
28 discovery to the Government or certify that it has been destroyed at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: March 28, 2013            BENJAMIN B. WAGNER
                                 United States Attorney


                           By:   /s/ Christopher D. Baker
                                 CHRISTOPHER D. BAKER
                                 Assistant U.S. Attorney

DATED: March 28, 2013      By:   /s/ Andras Farkas
                                 ANDRAS FARKAS
                                 Attorney for Defendant
                                 TONY CHOATE


IT IS SO ORDERED.

**Dated:   March 28, 2013**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE