```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00111-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| TONY CHOATE, | |
| Defendant. | |

WHEREAS, on July 16, 2013, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Tony Choate, in the following property:

    a. Brother Laser printer;

    b. HP Office printer/scanner;

    c. All-in-one printer/color copier;

    d. Redfly laptop computer;

    e. Dell Latitude D610 computer;

    f. Acer Aspire 4339 computer;

    g. Counterfeit Federal Reserve Notes;

    h. Cans of degreaser and bottles of cleaner;

        i.    Assorted paper stock;

        j.    Two (2) counterfeit detection pens;

        k.    Straight edge device;

        l.    Three (3) pairs of scissors;

        m.    Magnifying glass;

        n.    Two (2) Exacto knives;

        o.    A personal forfeiture money judgment in the approximate amount of $460.00.

AND WHEREAS, beginning on August 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Tony Choate.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of

and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __**October 29, 2013**__        ____**/s/ Lawrence J. O'Neill**____
                                    UNITED STATES DISTRICT JUDGE